# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 164 WAL 2016

Respondent

v.

DAVID RONALD RILEY,

Petitioner

:   Petition for Allowance of Appeal from
:   the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.